UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

_____
                                    )
WAI FENG TRADING CO. LTD, and       )
EFF MANUFACTORY CO., LTD,           )
                                    )
        Plaintiffs,                 )
                                    )
    v.                              )    C.A. No. 13-033 S
                                    )
QUICK FITTING, INC.,                )
                                    )
        Defendant.                  )
                                    )
_____ )
                                    )
QUICK FITTING, INC.,                )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )    C.A. No. 13-056 S
                                    )
WAI FENG TRADING CO., INC., and     )
EASTERN FOUNDRY & FITTINGS, INC.,   )
                                    )
        Defendants.                 )
_____ )

## ORDER

WILLIAM E. SMITH, Chief Judge.

On May 30, 2014, Magistrate Judge Patricia A. Sullivan issued a Report and Recommendation (ECF No. 63), recommending that C.A. No. 13-33-S and C.A. No. 13-56-S be deconsolidated. Magistrate Judge Sullivan further recommended that the motion of Wai Feng Trading Co. Ltd. to sever Count III in C.A. No. 13-33-S, so that it can be asserted as a counterclaim in C.A. No. 13-56-S, be granted. Finally, Magistrate Judge Sullivan

recommended that this Court, on its own, sever Counts IV through VII from Quick Fitting, Inc.'s First Amended Verified Complaint in C.A. No. 13-56-S, and direct Quick Fitting, Inc. to amend its answer in C.A. No. 13-33-S to assert those counts as counterclaims.

No objections to the Report and Recommendation were filed. Because this Court agrees with Judge Sullivan's analysis, it hereby ACCEPTS the Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1).

IT IS SO ORDERED.

/s/ William E. Smith
_____
William E. Smith
Chief Judge
Date:  August 22, 2014